DiVincenzo *v.* Yale Cab Company.

Argued June 10, 1968. *David Gold,* for appellant; *Joseph A. Purul, Jr.,* Associate Counsel, with him *Thomas E. Roberts,* Chief Counsel,

*Raymond Kleiman,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for State Workmen's Insurance Fund, appellee.

Order affirmed.